Budd Boyer, Appellant, v. Lehigh Valley Railroad Company, Respondent. — Judgment affirmed, with costs. All concur. (The judgment is for defendant in an action for personal injuries sustained when a speeder was derailed.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

Santo D'Amico, Plaintiff, v. The Prudential Insurance Company of America, Defendant.— Plaintiff's exceptions overruled and motion for new trial denied, with costs, and judgment ordered for the defendant upon the directed verdict, with costs. All concur. (Motion for a new trial on exceptions by plaintiff in an action to recover under a disability clause in a life insurance policy. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

John K. Cochran, Appellant, v. Mabel N. Taylor, Respondent.— Judgment affirmed, with costs. (See Presbyterian Church of Albany v. Cooper, 112 N. Y. 517; Baird v. Baird, 145 id. 659; Hocking Valley R. Co. v. Barbour, 192 App. Div. 654; Strobe v. Netherland Co., 245 id. 573.) All concur, except Sears, P. J., and Thompson, J., who dissent and vote for reversal on the authority of Fuller v. Artman (69 Hun, 546). (The judgment dismisses the complaint in an action by assignee of an option to compel sale of oil property.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ. [156 Misc. 750.]

Rochester Trust and Safe Deposit Company, .Respondent, v. Rodney S. Hatch and Greeta Gray Hatch, His Wife, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies motion to compel service of an amended complaint in an action on a bond secured by a mortgage on realty.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Probate of the Last Will of Jan Kluszynski, Deceased.— Decree affirmed, with costs against the proponent personally. All concur. (The decree denies probate of a will after a jury trial.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.